**SWEET JAMES, LLP**
STEVEN D. BARIC (SBN 200066)
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
Tel:   (949) 644-1000
Fax:   (949) 644-1005
Baric@SweetJames.com

Attorneys for Plaintiff,
ERIC MARTINEZ FELIX

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTINEZ FELIX, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF FRESNO; COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT; SHERIFF EVAN MICHAEL LEONA; SHERIFF JEFFREY N MORSE; SHERIFF JACOB ROBERT WOESNER; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.:  1:21-cv-01417-DAD-SKO <br><br> **ORDER REGARDING STIPULATION TO STAY PROCEEDINGS** <br><br> (Doc. 10) |

## **ORDER**

Based on the Joint Stipulation of the parties (Doc. 10), and good cause appearing therefor, IT IS ORDERED that:

1.  The civil proceedings are hereby STAYED pending resolution of the criminal proceedings against Plaintiff;

2. The initial mandatory scheduling conference set for March 15, 2022, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto is VACATED, to be RESET after the criminal proceedings involving Plaintiff are resolved;

3. Defendants shall have twenty (20) calendar days from the date these proceedings

recommence to file a motion pursuant to Federal Rules of Civil Procedure 12(b)(6) or an answer to Plaintiff's first amended complaint; and

4. The parties are ORDERED to jointly file a status report every ninety (90) days to advise the Court of the status of the criminal proceedings.

IT IS SO ORDERED.

Dated:   **January 21, 2022**               /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE