# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ERIC MARTINEZ FELIX, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO; FRESNO COUNTY'S SHERIFF'S DEPARTMENT; DEPUTY EVAN MICHAEL LEONA; DEPUTY JEFFREY N. MORSE; DEPUTY JACOB ROBERT WOESNER (ERRONEOUSLY SUED AS "SHERIFFS"); and DOES 1 through 10, inclusive.<br><br>    Defendants. | Case No. 1:21-CV-01417-ADA-SKO<br><br>Trial Date:         March 12, 2024<br>Discovery Cut-Off: April 3, 2023<br><br>**ORDER RE: STIPULATION OF THE PARTIES TO AMEND THE SCHEDULING ORDER TO AUTHORIZE THE TAKING OF THE CURRENTLY NOTICED WITNESS DEPOSITIONS AND THE DEPOSITIONS OF NEWLY IDENTIFIED WITNESSES WITHIN PLAINTIFF'S SUPPLEMENTAL RULE 26 DISCLOSURES TO BE COMPLETED AFTER THE DISCOVERY CUTOFF**<br><br>(Doc. 32) |

Good cause appearing to the Court from the stipulation between the parties (Doc. 32), IT IS ORDERED that:

1. Pursuant to Local Rule 251, the Parties have met and conferred in order to informally resolve their current discovery dispute. The meet and confer process was conducted by the Parties both in writing and via teleconference. Given the trial in this matter is currently scheduled for March 12, 2024, and dispositive motions may be filed on or before September 1, 2023, continuing the time to complete these depositions will not cause any delay nor materially alter the proceedings in this litigation.

2. The Scheduling Order (Doc. 24) is amended to authorize the Parties to conduct the currently noticed depositions and the depositions of newly identified witnesses within Plaintiff Eric Martinez Felix's supplemental Rule 26 disclosures. The depositions authorized by the Parties' stipulation shall be limited to the following individuals:

    i. Eric Martinez Felix;
    ii. Jennifer Banuelos;
    iii. Cecilia Alvarado;
    iv. Isaac Hernandez;
    v. Evan Michael Leona;
    vi. Deputy Jeffrey N. Morse, Fresno County Sheriff's Department;
    vii. Deputy Jacob R. Woesner, Fresno County Sheriff's Department;
    viii. Janice Porter, Paramedic, American Ambulance;
    ix. Cynthia Jung, EMT, American Ambulance;
    x. James E. Andrews, MD, Community Regional Medical Center;
    xi. Margarita Reyes;
    xii. Kevin Pope;
    xiii. Dr. Moshe Wilker, Wilker Orthopedic & Spine Institute; and
    xiv. Andrew Philipson, Fresno County Public Defender.

1  3. To prevent any delay in this litigation, IT IS ALSO ORDERED the Parties that the depositions shall be completed on or before June 16, 2023.

IT IS SO ORDERED.

Dated: **March 27, 2023**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE


