UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTINEZ FELIX,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | No.  1:21-cv-01417-NODJ-SKO<br><br>ORDER VACATING PRE-SETTLEMENT DISCUSSION AND SETTLEMENT CONFERENCE<br><br>(Doc.79) |

A telephonic pre-settlement discussion and a settlement conference in this action are set for March 14, 2024, and March 21, 2024, respectively, before the undersigned.  (*See* Doc. 79.) Pursuant to Amended Order re: Settlement Conference, the parties were required to submit a confidential settlement statement to the Court no later than ten days prior to the conference date, or March 11, 2024.  (*See id*. at 2.)  While Defendants timely submitted their statement (*see* Doc. 80), no statement has been received from Plaintiff.

This Court spends considerable time preparing for the settlement conference so as to make it meaningful to the parties and increase the likelihood of settlement success.  Settlement conferences are extremely important in this district where the judges have one of the highest caseloads per judge in the United States.  The settlement conference statement assists the Court in preparing adequately for these matters.  They are not pro forma.

In addition, upon review of Defendants' statement, it appears a settlement conference would

not be productive at this time, given the lack of meaningful meet and confer efforts by the parties. Under these circumstances, the telephonic pre-settlement discussion and settlement conference set for March 14, 2024, and March 21, 2024, respectively, are **VACATED.**

The parties SHALL continue to meet and confer regarding potential settlement. **By no later than 90 days before the trial date**, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to re-set the settlement conference. An amended "Order re Settlement Conference" will be issued prior to the settlement conference setting forth the requirements for the settlement conference.

**The Court may impose sanctions on any party or any party's counsel that fails to comply with this order.**

IT IS SO ORDERED.

Dated:   **March 12, 2024**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE