# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTINEZ FELIX, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT; EVAN MICHAEL LEONA; DEPUTY JEFFREY N. MORSE; DEPUTY JACOB ROBERT WOESNER (ERRONEOUSLY SUED AS "SHERIFFS"); and DOES I through 10, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01417-KES-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 90) |

On July 26, 2024, the parties filed a joint stipulation dismissing the action. (Doc. 90). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 29, 2024**                    /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE